| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | <br><br>Order Filed on January 15, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   SERGIO CAMPOHERMOSO | Case No.:  18-27596RG<br><br>Hearing Date:  1/11/2019<br><br>Judge:  ROSEMARY GAMBARDELLA |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: January 15, 2019**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 18-27596RG

Caption of Order:  INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 01/11/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the 341(a) hearing must be conducted by next Confirmation hearing or the case will be dismissed; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 3/6/2019 at 8:30 a.m..