UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
Attorney for Debtor

**Order Filed on July 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Sergio Campohermoso

Case No.:    18-27596

Chapter:    13

Judge:    RG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 19, 2019**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____10,779.25_____ for services rendered and expenses in the amount of $_____446.49_____ for a total of $_____11,225.74_____ .  The allowance is payable:

☒  $8,415.74 through the Chapter 13 plan as an administrative priority.

☒  $2,810.00 outside the plan.

The debtor's monthly plan is modified to require a payment of $_____8,758.00_____ per month for _____50_____ months to allow for payment of the above fee.

*rev.8/1/15*

2