Melissa N. Licker, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite #300
Iselin, NJ 08830
Phone: 732-902-5399
Fax: 732-902-5398
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

Order Filed on February 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Sergio Campohermoso, | Case No. 18-27596-RG |
| | Judge: Hon. Rosemary Gambardella |
| Debtor. | |

**CONSENT ORDER ADDRESSING PAYMENT OF POST-PETITION FEE NOTICE FILED BY NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ON NOVEMBER 19, 2019**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: February 5, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Page: | 2 |
| Debtor: | Sergio Campohermoso |
| Case No.: | 18-27596-RG |
| Caption of Order: | CONSENT ORDER ADDRESSING PAYMENT OF POST-PETITION FEE NOTICE FILED BY NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ON NOVEMBER 19, 2019 |

WHEREAS, Nationstar Mortgage LLC d/b/a Mr. Cooper ("Secured Creditor") has made insurance advances on the Debtor's behalf relating to the property commonly known as 209 Mellon Place, Elizabeth, NJ 07208 (the "Property") and mortgage recorded in the Clerk's Office of Union County on August 24, 2008 as Instrument #474185 (the "Mortgage"), and

WHEREAS, Debtor and Secured Creditor entered into a consent order at docket entry #35 ("Consent Order") resolving the treatment of Secured Creditor through Debtor's Chapter 13 plan by modifying Secured Creditor's secured claim to $360,000.00 to be paid at 6.5000% interest for a total of $422,628.80 to be disbursed through the plan debtor to separately maintain all property taxes and homeowner's insurance payments, and

WHEREAS, Secured Creditor filed a Notice of Postpetition Mortgage Fees for insurance advances totaling $10,081.82 on the Debtor's behalf and has not been reimbursed, and

WHEREAS the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause it is hereby

**ORDERED AS FOLLOWS:**

1. Debtor shall repay Secured Creditor the $10,081.82 amount advanced at an interest rate of 6.5000% as an administrative claim paid through the plan, which over the remaining forty-two months of the plan is a total payment of $11,299.24.

2. The Debtor shall continue to provide satisfactory proof of insurance to Secured Creditor as provided for in the Consent Order for this account to shall continue to be non-escrowed.

Page:             3
Debtor:           Sergio Campohermoso
Case No.:         18-27596-RG
Caption of Order: CONSENT ORDER ADDRESSING PAYMENT OF POST-PETITION FEE NOTICE FILED BY NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ON NOVEMBER 19, 2019

3. Except as otherwise expressly provided herein, all remaining non-conflicting terms of the Note, Mortgage, and Consent Order not modified herein shall govern the treatment of Secured Creditor's Secured Claim.

4. The acceptance by Secured Creditor of a late or partial payment shall not act as a waiver of Secured Creditor's right to proceed hereunder.

5. Secured Creditor shall not be required to release its lien on the Property statements until entry all amounts due under this consent order and the prior Consent Order have been paid to Secured Creditor, its successors and/or assigns.

6. Debtor shall not be entitled to a discharge of lien prior to the amounts under this this consent order and the prior Consent Order have been paid in full and any recordation of Debtor's Chapter 13 discharge order against the Property with the Clerk's Office of Union County shall not serve as a satisfaction of the Mortgage.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorneys for the Secured Creditor
By: /s/ Melissa N. Licker

Scura, Wigfield, Heyer & Stevens
Attorney for the Debtor
By: /s/ David L. Stevens

United States Bankruptcy Court
District of New Jersey

In re:  
Sergio Campohermoso  
    Debtor

Case No. 18-27596-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 05, 2020  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.
db             +Sergio Campohermoso,    415 Fay Ave.,    Elizabeth, NJ 07202-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:
        Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
         alubin@milsteadlaw.com
        Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
        David L. Stevens    on behalf of Debtor Sergio   Campohermoso dstevens@scuramealey.com,
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         NJ_ECF_Notices@mccalla.com
        Melissa S DiCerbo    on behalf of Creditor    AmeriHome Mortgage Company, LLC
         nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
        Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         phillip.raymond@mccalla.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 10