UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
Attorneys for Debtor
David L. Stevens, Esq.
dstevens@scura.com

Order Filed on August 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sergio Campohermoso,

    Debtor

Case No.: 18−27596

Chapter: 13

Judge: RG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

 The relief set forth on the following page is **ORDERED**.

**DATED: August 10, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____639.50_____ for services rendered and expenses in the amount of $_____9.58_____ for a total of $_____649.08_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 18-27596-RG
Sergio Campohermoso    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 11, 2020
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.
db         +Sergio Campohermoso,   415 Fay Ave.,   Elizabeth, NJ 07202-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:
          Andrew M. Lubin   on behalf of Creditor   Bank of America, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com
          David L. Stevens   on behalf of Debtor Sergio  Campohermoso dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
          Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Elizabeth L. Wassall   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper ewassall@logs.com, njbankruptcynotifications@logs.com
          Kevin Gordon McDonald   on behalf of Creditor   MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Melissa N. Licker   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
          Melissa S DiCerbo   on behalf of Creditor   AmeriHome Mortgage Company, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Phillip Andrew Raymond   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                              TOTAL: 10