Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−27596−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sergio Campohermoso
   415 Fay Ave.
   Elizabeth, NJ 07202

Social Security No.:
   xxx−xx−8838

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 25, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 68 − 65
Order Granting Motion To Compel re: Cancellation of Force−Placed Insurance. (Related Doc # 65). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/24/2022. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 25, 2022
JAN: car

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 18-27596-RG

Sergio Campohermoso                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2
Date Rcvd: Jan 25, 2022          Form ID: orderntc          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sergio Campohermoso, 415 Fay Ave., Elizabeth, NJ 07202-2411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

**Name**     **Email Address**

Andrew M. Lubin
    on behalf of Creditor Bank of America  N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

David L. Stevens
    on behalf of Debtor Sergio Campohermoso dstevens@scura.com
    ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ewassall@logs.com
    njbankruptcynotifications@logs.com;logsecf@logs.com

Jamal J Romero
    on behalf of Debtor Sergio Campohermoso jromero@scura.com

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Jan 25, 2022     Form ID: orderntc     Total Noticed: 1

| | |
|---|---|
| | dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor AmeriHome Mortgage Company LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11