**SCURA, WIGFIELD HEYER,
STEVENS & CAMMAROTA, LLP**
1 Harmon Meadow Blvd. Suite 201
Secaucus, New Jersey 07094
Tel.: 973-435-0179
Jamal J. Romero, Esq.
jromero@scura.com
*Counsel for Debtor*

Order Filed on January 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:*<br><br>Sergio Campohermoso,<br><br>     Debtor. | Case No. 18-27596 (RG)<br><br>Chapter 13<br><br>Judge: Rosemary Gambardella<br><br>Hearing Date: January 19, 2021<br><br>*Oral Argument Not Requested* |

### ORDER COMPELLING CANCELLATION OF FORCE-PLACED INSURANCE

The relief set forth on the following pages, numbered two, is hereby **ORDERED**.

**DATED: January 24, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:          Sergio Campohermoso,
Case No:         18-27596 (RG)
Caption of Order: ORDER COMPELLING COMPLIANCE BY RENT RECEIVER WITH SECTION 543 OF THE BANKRUPTCY CODE

It appearing that Sergio Campohermoso (the "Debtor") filed a voluntary petition under chapter 13 of title 11 of the United States Code (the "Bankruptcy Code") on August 31, 2018 (the "Petition Date"); and it further appearing that Debtor is the record owner of certain real property commonly known as 209 Mellon Place, Elizabeth, New Jersey 07208 (the "Property"); and it further appearing that Nationstar Mortgage LLC ("Nationstar") holds a mortgage lien against the Property; and it further appearing further that Nationstar has placed a force-placed insurance policy on the Property covering the previous owners of the Property; and it further appearing that Debtor currently holds adequate insurance coverage on his home to protect the interests of Nationstar sufficiently; it is hereby

**ORDERED** that Nationstar is hereby ordered to cancel its force-placed insurance on the Property; and it is further

**ORDERED** that the insurance currently in place by Debtor on the Property is sufficient to protect the interests of Nationstar and other creditors, and no further insurance in the names of any individuals other than Debtor or any other current owner of the Property is necessary.

United States Bankruptcy Court
District of New Jersey

In re:  
Sergio Campohermoso  
    Debtor

Case No. 18-27596-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 25, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sergio Campohermoso, 415 Fay Ave., Elizabeth, NJ 07202-2411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Bank of America N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| David L. Stevens | on behalf of Debtor Sergio Campohermoso dstevens@scura.com ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064 |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jamal J Romero | on behalf of Debtor Sergio Campohermoso jromero@scura.com |

| | |
|---|---|
| | dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor AmeriHome Mortgage Company  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11